IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LIZZIE HAGAN,                              )
Estate administrator for Ella Faye Piland, )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )       CASE NO. 2:20-cv-964-JTA
                                           )          (WO)
KILOLO KIJAKAZI,                           )
Acting Commissioner of Social Security,    )
                                           )
        Defendant.                         )

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby

REVERSED and this matter is REMANDED to the Commissioner for further proceedings.

The Clerk of the Court is directed to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of August, 2022.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE